AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Arbuckle, William I. | **2. Court or Organization**<br><br>U.S. District Court, Middle District of PA | **3. Date of Report**<br><br>08/17/2016 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Magitrate Judge - part time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

240 West Third Street
Suite 320
Williamsport, PA 17701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder in a professional corporation | The Mazza Law Group, P.C. |
| 2. | Director of a non profit corporation | Lawyers Concerned for Lawyers of Pennsylvania, Inc. |
| 3. | Director of a non profit corporation | M. Patricia Carroll Fund |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 08/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | The Mazza Law Group, P.C., law pratice income | $39,500.00 |
| 2. 2015 | The Minor Judiciary Education Board, teaching income | $12,600.00 |
| 3. 2015 | Penn State Dickinson School of Law, teaching income | $7,500.00 |
| 4. 2015 | Pa State Employee Retirment System | $3,731.52 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 08/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, WIlliam I. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jane L. Barr Family Trust | D | Dividend | K | T | | | | | |
| 2. IRA #1 (WIA) | | | | | | | | | |
| 3. - Vanguard Asset Allocation Fund (VAAPX) | A | Int./Div. | M | T | | | | | |
| 4. IRA #2 (WIA) | | | | | | | | | |
| 5. - American Funds - CB&T Cust Simple IRA | A | Int./Div. | M | T | | | | | |
| 6. -AMCAP Fund B | A | Int./Div. | K | T | | | | | |
| 7. -AMCAP Fund C | A | Int./Div. | J | T | | | | | |
| 8. -American High-Income Trust B | A | Int./Div. | K | T | | | | | |
| 9. -American High Income Trust C | A | Int./Div. | K | T | | | | | |
| 10. -Capital World Growth & Income Fund B | A | Int./Div. | J | T | | | | | |
| 11. -Capital World Growth & Income Fund C | A | Int./Div. | J | T | | | | | |
| 12. IRA #4 (PWA) | | | | | | | | | |
| 13. -American Funds - CB&T Cust Simple IRA | A | Int./Div. | J | T | | | | | |
| 14. -AMCAP Fund B | A | Int./Div. | J | T | | | | | |
| 15. -American High-Income Fund B | A | Int./Div. | J | T | | | | | |
| 16. -Capital World Growth & Income Fund B | A | Int./Div. | J | T | | | | | |
| 17. Annuity _Thrivent Financial Security Plus Flexible Annuity (PWA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 08/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Addendum:

The Jane L. Barr Family Trust was created by my cousin during her lifetime. At her death in 2004 significant lump sum payments were made to various charitable and family member beneficiaries. The Trust is managed by PNC Wealth Management (A member of the PNC Financial Services Group). I have no knowledge of the holdings of the trust or the amount in the trust. I recieve quarterly income paymenst equal to 6.5% of the trust's annual income from the trust. On my death my interest reverts to the remaining beneficiaries. I have no power of appointment. Otherwise I have no involvement with the trust or its management.

For IRA #2 (line 4) additional shares were purschased thru a matching payroll deduction and by individual payroll deductions at the Mazza Law Group, P.C. All purchases were perportional and did not change the value code.

For IRA #3 (line 6) no addisitional shares were purchased in the past year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William I. Arbuckle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544